# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2025-2394

—————————————————

S.S., Mother of M.W., L.D.R.H.,
J.P.B. II, S.P.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————————

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.

June 2, 2026

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

S.S., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee; Natalie Donis, Pro Bono, Defending Best Interests Project, Orlando, for Statewide Guardian ad Litem Office.